ORIGINAL

FILED

12 SEP 24 PM 12: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Raagini Shah (SBN 268022)
   Email: rshah@reedsmith.com
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080

Attorneys for Defendant
FIA Card Services N.A. (erroneously
sued as "Bank of America")

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

FAXED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BRENNAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA; EQUIFAX; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. **12CV2317 W WVG**<br><br>[Removal from Superior Court of California, County of San Diego, Case No. 37-2012-00102619-CU-PO-CTL]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) AND (c)**<br><br>**[FEDERAL QUESTION]**<br><br>Complaint Filed: August 20, 2012 |

— 1 —

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant FIA Card Services N.A. (erroneously sued as "Bank of America[1]") ("FIA") hereby removes this action described below from the Superior Court of California for the county of San Diego to the United States District Court for the Southern District of California, pursuant to Sections 1331, 1441(b) and (c), and 1446 of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

I.   **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441**

1. On August 20, 2012, Plaintiff Carol Brennan ("Plaintiff") filed a complaint ("Complaint") in the Superior Court of the State of California for the County of San Diego, entitled <u>Carol Brennan v. Bank of America, et al.</u>, Case No. 37-2012-00102619-CU-PO-CTL (hereinafter, the "State Court Action"). The Complaint alleges (1) Violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. Section 1692 *et seq.*; (2) Violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. Section 1681 *et seq.*; (3) Invasion of Privacy; and (4) Intentional and Negligent Supervision Of Incompetent Agents. The Complaint and Summons are attached hereto as **Exhibit A**, as required by 28 U.S.C. §1446(a).

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action arising under the laws of the United States, specifically the FDCPA and FCRA.

3. This Court also has supplemental jurisdiction over Plaintiff's state claims as these claims arise from the same core operative facts relating to FIA's alleged

---

[1] Although Plaintiff named "Bank of America" in the Complaint, there is no legal entity by the name of "Bank of America" against which Plaintiff may file suit. FIA Card Services N.A., is the only entity that issues and services "Bank of America" credit cards within the United States, and thus FIA contends that FIA would be the proper, named defendant in this action. FIA is a wholly owned subsidiary of Bank of America Corporation.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

violations of the FDCPA and FCRA. Accordingly, Plaintiff's state law claims are related to Plaintiff's federal question claims, and thereby form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

II.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

4. FIA was served with the Complaint on August 27, 2012.

5. This Notice of Removal is timely in that it is filed within thirty (30) days from the point at which FIA had notice that the action was removable, and less than a year after the commencement of the state court action. See 28 U.S.C. § 1446(b).

6. The Superior Court of California for the County of San Diego is located within the United States District Court for the Southern District of California. See 28 U.S.C. § 84(c)(2). Thus venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. The only other named defendant in this action, Equifax Information Services, consents to the removal of this action to the United States District Court for the Southern District of California, as evidenced by the "Consent to Removal By Defendant Equifax Information Services LLC" filed concurrently herewith.

8. In compliance with 28 U.S.C. § 1446(d), FIA will serve on Plaintiff and will file with the Clerk of the Superior Court for the County of San Diego, a written "Notice to the Clerk of the Superior Court of the County of San Diego and To Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.

9. No previous application has been made for the relief requested herein.

///

WHEREFORE, FIA respectfully removes this action from the California Superior Court for the County of San Diego to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

DATED: September 24, 2012

REED SMITH LLP

By _____
Abraham J. Colman
Raagini Shah
Attorneys for FIA Card Services N.A.